UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:23-CR-36 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| | ) | U.S. Magistrate Judge Poplin |
| MARCELUS PHILLIPS, a/k/a "Jefe" | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion to unseal the Indictment as to the above-referenced defendant. This defendant is in custody in Michigan and is in need of an initial appearance.

Respectfully submitted this 29th day of March 2023.

FRANCES M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Brent N. Jones*
BRENT N. JONES
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Brent.Jones@usdoj.gov
(865) 545-4167